O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD S. SCHWARZKOPF; and MARGARET O'NEIL SCHWARZKOPF,<br><br>      Plaintiffs,<br><br>   v.<br><br>JP MORGAN CHASE BANK, N.A.; and DOES 1-25,<br><br>      Defendants. | CV 12-3271 RSWL (VBKx)<br><br>**ORDER RE: Defendant's Motion to Dismiss Plaintiffs' Complaint [7]** |

   On March 9, 2012, Plaintiffs Donald S. Schwarzkopf and Margaret O'Neil Schwarzkopf ("Plaintiffs") filed a Complaint in Los Angeles Superior Court and alleged claims for negligence, declaratory relief, and indemnity against Defendant JP Morgan Chase Bank, N.A. ("Defendant") [1].  On April 13, 2012, Defendant removed the action to this Court [1].

   On April 20, 2012, Defendant filed a Motion to Dismiss Plaintiffs' Complaint [7].  Thereafter, on

1

April 30, 2012, Plaintiffs filed a First Amended Complaint as a matter of course in compliance with Federal Rule of Civil Procedure 15(a)(1)(B) [15]. Consequently, the Court **DENIES** Defendant's Motion to Dismiss as moot.  The June 1, 2012 hearing on this matter is **VACATED**, and no appearances are necessary.

**IT IS SO ORDERED.**

DATED: May 29, 2012

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge